UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Quiterrious Alston                                                  Docket No. 5:18-CR-266-1D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quiterrious Alston, who, upon an earlier plea of guilty to Receipt of Ammunition While Under Indictment - 18 U.S.C. § 922(n), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 1, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quiterrious Alston was released from custody on September 4, 2020, at which time the term of supervised release commenced.

On October 29, 2020, a Violation Report was submitted to the court as the defendant submitted a urine sample that tested positive for methamphetamine and marijuana. The probation office recommended that no action should be taken at this time and the defendant be referred for a substance abuse treatment. The court concurred with the recommendation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 17, 2020, the defendant submitted a urine sample that returned positive for marijuana from the lab on December 28, 2020. It is respectfully recommended that an 8-hour community service sanction be imposed to address the violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Additionally, the probation office will continue the defendant in substance abuse treatment and provide random urinalysis testing to address the defendant's drug use.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: January 4, 2021 |

Quiterrious Alston
Docket No. 5:18-CR-266-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___5___ day of ___January___, 2021, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge