UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quiterrious Alston**      Docket No. 5:18-CR-266-1D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quiterrious Alston, who, upon an earlier plea of guilty to Receipt of Ammunition While Under Indictment - 18 U.S.C. § 922(n), 18 U.S.C. § 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 1, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quiterrious Alston was released from custody on September 4, 2020, at which time the term of supervised release commenced.

On October 29, 2020, a Violation Report was submitted to the court as the defendant submitted a urine sample that tested positive for methamphetamine and marijuana. The probation office recommended that no action be taken at this time and the defendant was referred for substance abuse treatment. The court concurred with the recommendation.

On January 4, 2021, a Petition for Action on Supervised Release was submitted to the court as the defendant submitted a urine sample that tested positive for marijuana. The probation office recommended that an 8-hour community service sanction be imposed to address the violation and the defendant be continued in substance abuse treatment. The court concurred with the recommendation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 6, 2021, the defendant submitted a urine sample that returned positive from the national lab on April 19, 2021. The probation office provided a verbal reprimand and contacted treatment to increase substance abuse treatment intensity. Additionally, on April 26, the defendant committed the offense of Driving While License Revoked – Not Impaired in (21CR701438) Vance County, North Carolina. It is respectfully recommended that a 30-day location monitoring sanction be imposed to address the defendant's violations. The probation office will notify the court of any further violations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Quiterrious Alston
Docket No. 5:18-CR-266-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: April 30, 2021

## ORDER OF THE COURT

Considered and ordered this __3__ day of __May__, 2021, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
U.S. District Judge