UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quiterrious Alston**                                           **Docket No. 5:18-CR-266-1D**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quiterrious Alston, who, upon an earlier plea of guilty to Receipt of Ammunition While Under Indictment - 18 U.S.C. §§ 922(n) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 1, 2019, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Quiterrious Alston was released from custody on September 4, 2020, at which time the term of supervised release commenced.

On October 29, 2020, a Violation Report was submitted to the court as the defendant submitted a urine sample that tested positive for methamphetamine and marijuana. The probation office recommended that no action be taken at this time and the defendant was referred for substance abuse treatment. The court concurred with the recommendation.

On January 4, 2021, a Petition for Action on Supervised Release was submitted to the court as the defendant submitted a urine sample that tested positive for marijuana. The probation office recommended that an 8-hour community service sanction be imposed to address the violation and the defendant be continued in substance abuse treatment. The court concurred with the recommendation.

On April 30, 2021, a Petition for Action on Supervised Release was submitted to the court as the defendant submitted a urine sample that tested positive for marijuana and new criminal conduct on April 26, 2021 for Driving While License Revoked – Not Impaired. In response, a 30-day location monitoring sanction was imposed.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 30, 2022, the defendant submitted a urine sample that returned positive for marijuana from the national lab on April 11, 2022. The probation officer provided a verbal reprimand, instructed the defendant to return to treatment for substance abuse and mental health. In addition, it is respectfully recommended that the conditions of supervision be modified to include Cognitive Behavior Therapy to address the defendant's thinking. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Quiterrious Alston
Docket No. 5:18-CR-266-1D
Petition For Action
Page 2

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: April 25, 2022

## ORDER OF THE COURT

Considered and ordered this __25__ day of __April__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge